IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

    Plaintiff,               No. CIV S-05-0525 LKK KJM P

    vs.

LEE ALEXANDER, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief under 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis under 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 under 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $250.00 for this action. 28 U.S.C. § 1914(a), 1915(b)(1). Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments shall be collected and forwarded by the appropriate agency to the Clerk of the Court each time the amount in

1

1  plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C.
2  § 1915(b)(2).
3          Plaintiff's complaint states cognizable claims for relief under 42 U.S.C. § 1983
4  and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a
5  reasonable opportunity to prevail on the merits of: his Eighth Amendment claims against
6  defendants Mangis, Alexander, Cole, Madrigal, Feliciano and Kissinger; and his First
7  Amendment claims against defendants Mangis, Alexander, Madrigal, Hubbard, McDonald,
8  Peery, Brown, Gunter and Norgaard.  With respect to the remainder of the claims and defendants
9  identified in plaintiff's complaint, plaintiff's complaint fails to state a claim upon which relief
10 can be granted.  Therefore, the court will only order service of process on the defendants
11 identified above.
12         In accordance with the above, IT IS HEREBY ORDERED that:
13         1.  Plaintiff's request for leave to proceed in forma pauperis is granted.
14         2.  Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action.
15 The fee shall be collected and paid in accordance with this court's order to the Director of the
16 California Department of Corrections filed concurrently herewith.
17         3.  Service is appropriate for the following defendants:  Mangis, Alexander, Cole,
18 Madrigal, Feliciano, Kissinger, Hubbard, McDonald, Peery, Brown, Gunter and Norgaard.
19         4.  The Clerk of the Court shall send plaintiff twelve USM-285 forms, one
20 summons, an instruction sheet and a copy of the complaint filed March 17, 2005.
21 /////
22 /////
23 /////
24 /////
25 /////
26 /////

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Thirteen copies of the endorsed complaint filed March 17, 2005.

6. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants under Federal Rule of Civil Procedure 4 without payment of costs.

DATED: April 4, 2006.

                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] wash0525.1a(3.21.05)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

    Plaintiff,                              No. CIV-S-05-0525 LKK KJM P

    vs.

LEE ALEXANDER, et al.,              NOTICE OF SUBMISSION

    Defendants.                      OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__    completed summons form

      __12__    completed USM-285 forms

      __13__    copies of the __3/17/05__
                                     Complaint

DATED:

                                                      Plaintiff