IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

    Plaintiff,                    No. CIV S-05-0525 LKK KJM P

    vs.

LEE ALEXANDER, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief under 42 U.S.C. § 1983.

        On May 3, 2006, the court ordered the United States Marshal to serve the complaint on several defendants. Process directed to defendant P. Mangis was returned unserved with the notation "unable to locate." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The Clerk of the Court is directed to send to plaintiff one USM-285 form,

3  along with an instruction sheet and a copy of the complaint filed March 17, 2005.

4  2. Within sixty days from the date of this order, plaintiff shall complete and

5  submit the attached Notice of Submission of Documents to the court, with the following

6  documents:

7  a. One completed USM-285 form for defendant P. Mangis; and

8  b. Two copies of the endorsed complaint filed March 17, 2005.

9  DATED: June 5, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1/mp
wash0525.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

    Plaintiff,	No. CIV S-05-0525 LKK KJM P

    vs.

LEE ALEXANDER, et al.,	NOTICE OF SUBMISSION

    Defendants.	OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____   completed summons form

    __1__   completed USM-285 forms

    __2__   copies of the March 17, 2005
                     Complaint

DATED:

                                         Plaintiff