IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JESSE WASHINGTON,**<br><br>                    Plaintiff,<br><br>     v.<br><br>**LEE ALEXANDER, et al.,**<br><br>                    Defendants. | CASE NO. 2:05-cv-0525 LKK KJM P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendants' first request for an extension of time to file a responsive pleading to Plaintiff's complaint was considered by this Court and, good cause appearing,

IT IS HEREBY ORDERED that Defendants have a 30 day extension of time to file their response to Plaintiff's complaint, up to and including Friday, August 4, 2006.

Dated: August 2, 2006.

_____
UNITED STATES MAGISTRATE JUDGE