IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JESSE WASHINGTON,**<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**LEE ALEXANDER, et al.,**<br><br>　　　　　　　　　Defendants. | CASE NO. 2:05-cv-0525 LKK KJM P<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

　　　Defendants' second request for an extension of time to file a responsive pleading to Plaintiff's complaint was considered by this Court and, good cause appearing,

　　　IT IS HEREBY ORDERED that Defendants have 30 days from the date of service of this order, to file their response to Plaintiff's complaint.

Dated: August 3, 2006.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Order Granting Defendants' First Request for an Extension of Time to Respond to Plaintiff's Complaint

1