IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JESSE WASHINGTON,**<br><br>                                      Plaintiff,<br><br>          v.<br><br>**LEE ALEXANDER, et al.,**<br><br>                                      Defendants. | CASE NO. 2:05-cv-0525 LKK KJM P<br><br>**ORDER GRANTING DEFENDANT COLE'S FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendant Cole's first request for an extension of time to file a responsive pleading to Plaintiff's complaint was considered by this court and, good cause appearing,

IT IS HEREBY ORDERED that Defendant Cole has a 30-day extension of time, from the date of service of this order, to file his response to Plaintiff's complaint.

Dated: September 21, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Order Granting Defendant Cole's First Request for an Extension of Time to Respond to Plaintiff's Complaint

1