IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

     Plaintiff,                   No. CIV S-05-0525 LKK KJM P

     vs.

LEE ALEXANDER, et al.,

     Defendants.         <u>ORDER</u>

                              /

     Plaintiff has requested an extension of time to file and serve an opposition to defendants' September 1, 2006 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

     1. Plaintiff's October 2, 2006 motion for an extension of time is granted; and

     2. Plaintiff shall file and serve an opposition to defendants' September 1, 2006 motion to dismiss on or before October 15, 2006. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: October 10, 2006.

                                                UNITED STATES MAGISTRATE JUDGE

1 /mp wash0525.36(2)