1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JESSE WASHINGTON,

11               Plaintiff,                    No. CIV S-05-0525 LKK KJM P

12         vs.

13   LEE ALEXANDER, et al.,                    ORDER AND

14               Defendants.                   FINDINGS AND RECOMMENDATIONS

15   _____/

16               Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant

17   to 42 U.S.C. § 1983.  By an order filed June 6, 2006, this court ordered plaintiff to complete and

18   return to the court, within sixty days, the USM-285 form necessary for service of process on

19   defendant Mangis.  On August 7, 2006, plaintiff submitted the USM-285 form, but plaintiff

20   failed to provide an address for defendant Mangis.  Service of process cannot be effectuated

21   without an address.  Plaintiff has asked that the court intervene and help plaintiff obtain

22   defendant Mangis's address.  However, plaintiff has failed to inform the court what the court

23   should do and upon what legal basis the court should do it.  Because Mangis cannot be served,

24   the court will recommend that he be dismissed.

25   /////

26   /////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's August 7, 2006 "motion

2   requesting court's judicial intervention . . ." is denied; and

3    IT IS HEREBY RECOMMENDED that defendant Mangis be dismissed from this

4   action.

5    These findings and recommendations are submitted to the United States District

6   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

7   days after being served with these findings and recommendations, any party may file written

8   objections with the court and serve a copy on all parties.  Such a document should be captioned

9   "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

10  shall be served and filed within ten days after service of the objections.  The parties are advised

11  that failure to file objections within the specified time may waive the right to appeal the District

12  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

13  DATED: October 24, 2006

14  _____
    U.S. MAGISTRATE JUDGE

15  1/mp
    wash0525.frs

16

17

18

19

20

21

22

23

24

25

26