IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

        Plaintiff,                    No. CIV S-05-0525 LKK KJM P

    vs.

LEE ALEXANDER, et al.,

        Defendants.               <u>ORDER</u>

                              /

        Plaintiff has filed his second request for an extension of time to file and serve an opposition to defendants' September 1, 2006 motion to dismiss pursuant to the court's order of October 10, 2006.[1]  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 20, 2006 request for an extension of time is granted; and

        2. Plaintiff shall file and serve an opposition to defendants' September 1, 2006 motion to dismiss on or before October 31, 2006.

DATED: November 3, 2006.

                                                                       U.S. MAGISTRATE JUDGE

1/mp;wash0525.36sec

---

[1] In his request, plaintiff also vaguely requests injunctive relief concerning the manner in which prison officials allow plaintiff to litigate cases.  However, plaintiff has not specifically indicated the form of the injunctive relief he seeks, nor does plaintiff indicate which specific persons should be enjoined.