IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

    Plaintiff,                      No. CIV S-05-0525 LKK KJM P

    vs.

LEE ALEXANDER, et al.,

    Defendants.           ORDER

_____/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Plaintiff has filed a motion for entry of default.

        On August 14, 2006, plaintiff filed a motion asking that defendants be held in default under Federal Rule of Civil Procedure 55. However, on August 4, 2006, defendants were given until September 6, 2006 to file a response to plaintiff's complaint. Defendants filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) on September 1, 2006.[1] Therefore, plaintiff's motion for default will be denied.

/////

/////

---

[1] The motion to dismiss is still pending.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's August 14, 2006 motion for default judgment is denied; and

2. Plaintiff's August 14, 2006 "request to enter default" is denied.

DATED: March 28, 2007.

_____
U.S. MAGISTRATE JUDGE

1
wash0525.def