IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

    Plaintiff,                    No. CIV S-05-0525 LKK KJM P

    vs.

LEE ALEXANDER, et al.,

    Defendants.          ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 13, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations and he submits evidence which has not been presented to the magistrate judge.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. The court will adopt the Magistrate Judge's findings and recommendations except that defendants' September 1, 2006 motion to

1

1  dismiss will be denied as to plaintiff's claim that defendant Hubbard denied plaintiff access to
2  courts on April 1, 2004.  See Compl. at 11:15-12:10.  In his objections, plaintiff points to
3  evidence indicating he did exhaust available administrative remedies with respect to this claim
4  prior to filing suit.  See Objections at 12:24-13-3 & Ex 22.  With respect to the remainder of
5  plaintiff's claims, however, plaintiff either acknowledges that he did not exhaust available
6  administrative remedies prior to filing suit or fails to point to sufficient evidence indicating that
7  he did.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed August 13, 2007 (#45) are adopted in part and rejected in part as follows;

        2. The September 1, 2006 motion to dismiss (#25) filed by defendants Alexander, Madrigal, Kissinger, Hubbard, McDonald, Peery, Brown, Gunter, Norgaard, Feliciano and Cole is granted except as to plaintiff's claim that he was denied access to courts by defendant Hubbard on April 1, 2004;

        3. Defendants Alexander, Madrigal, Kissinger, McDonald, Peery, Brown, Gunter, Norgaard, Feliciano and Cole are dismissed from this action; and

        4. Defendant Hubbard shall file his answer within twenty days.

DATED:  March 5, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT