IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

        Plaintiff,                    No. CIV S-05-0525 LKK KJM P

   vs.

LEE ALEXANDER, et al.,

        Defendants.       <u>ORDER</u>

                               /

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983.  On October 16, 2008, plaintiff filed a document in which plaintiff asks that defendants be ordered to allow plaintiff to review the transcript of his deposition for accuracy.  Good cause appearing, IT IS HEREBY ORDERED that defendants file a response to the document filed on October 16, 2008 within ten days of this order.

DATED:  October 22, 2008.

                                                     U.S. MAGISTRATE JUDGE

1
wash0525.dep